AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:25-mj-00247 |
| Devin P. Montgomery | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devin P. Montgomery,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - assault of a federal officer while ingaged in the proformance of official duties

Date: 9/5/2025

*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Stacie F. Beckerman
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/04/25, and the person was arrested on *(date)* 09/06/25
at *(city and state)* PORTLAND OR.

Date: 09/08/25

*Arresting officer's signature*

Inspector TAPIA
*Printed name and title*