IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:25-mj-00247 |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF REPRESENTATION |
| Devon Patrick Montgomery, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Johnathan S. Haub, OSB #761653, and gives notice that he will be representing Defendant Devon Patrick Montgomery in these proceedings.

Further notices may be sent to:

Johnathan S Haub (OSB #761653)
Attorney at Law
1001 Molalla Avenue, Suite 118
Oregon City, OR 97045
John.haub@gmail.com
P (503) 295-12288

DATED: September 8. 2025.

_____
/s/ Johnathan S Haub
OSB 761653

Page 1 – **NOTICE OF REPRESENTATION**